**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6720**

_____

ASHLEY W. CARTER,

Plaintiff - Appellant,

versus

L. TODD LEE, False Prophet; RODNEY K.
PRITCHARD, FBI Agent in Columbia; MARTIN D.
BROWN, FBI Agent in Greenville; MARK MOORE,
Assistant United States Attorney; WILLIAM
CATOE, United States Magistrate Judge; DAVID
PLOWDEN, Assistant Federal Public Defender in
Greenville; JOHN H. HARE, Assistant Federal
Public Defender in Columbia,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Henry M. Herlong, Jr., District
Judge. (CA-02-779-2-20-AJ)

_____

Submitted: August 15, 2002          Decided: August 29, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Ashley W. Carter, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ashley W. Carter appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See Carter v. Lee</u>, No. CA-02-779-2-20-AJ (D.S.C. Apr. 17, 2002). We also deny Carter's motions to recuse Judges Herlong and Catoe and for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>